```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION
                        No. 5:17-CR-111-1H
                           5:17-CR-111-2H
                           5:17-CR-111-3H
                           5:17-CR-111-5H
                           5:17-CR-111-6H
```

UNITED STATES OF AMERICA,   )
                            )
   v.                       )
                            )
JOHN DEVERE BATTLE,         )
ADRIAN RASHAUN ANDERSON,    )           **ORDER**
TYQUAN MALIK ANSLEY         )
TYCOREY JAMAL TABORN, AND   )
ERIC LAMONT STEVENS,        )
      Defendants.           )

This matter is before the court on the government's Motion for Authorization to Take Saliva Samples and For Expedited Ruling, [DE #154]. Defendants did not respond, and the time for doing so has expired.

While the government's motion addressed Fifth and Sixth Amendment implications, it failed to address the Fourth Amendment implications. See, e.g., Maryland v. King, 569 U.S. 435 (2013). For lack of good cause shown, the government's motion, [DE #154], is DENIED WITHOUT PREJUDICE.

This 25th day of October 2017.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, NC
#35