UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-111-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN DEVERE BATTLE | ) | |

Upon the unopposed motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Government's Motion for Government Witness to Appear via VTC for Competency Proceeding is GRANTED.

SO ORDERED, this 31st day of October 2017.

KIMBERLY A. SWANK
United States Magistrate Judge