IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-111-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN DEVERE BATTLE, ) | |
| Defendant. ) | |

This matter is before the court following the entry of a not guilty plea by the above-named defendant on December 1, 2017. Because this is a multi-defendant indictment and other defendants have not yet been arraigned, the trial of this matter is hereby continued to a date to be later determined by the court. The court finds this is a reasonable period of delay and that the end of justice are served by this continuance and outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(6) and (h)(7)(A).

This 5th day of December 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35