IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-111-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOHN DEVERE BATTLE, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to bifurcate, [DE #285]. The government has responded in opposition, [DE #289]. The court has carefully considered this matter, and this motion to bifurcate, [DE #285], is DENIED. Counsel may file a limiting instruction on this evidence for the court's consideration.

Jury selection and trial remain scheduled to commence at **10:00 a.m. on Monday, May 14, 2018,** at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:30 a.m. on May 14, 2018, with their proposed witness lists, which shall specifically identify the names and cities of residence of each witness.

This 10th day of May 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35