**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No: 5:17-CR-111-1H**

FILED IN OPEN COURT
ON 5/14/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**UNITED STATES OF AMERICA**

      **vs.**                           **ORDER**

**JOHN DEVERE BATTLE**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on  May 14, 2018  be turned over to Detective Adam Dismukes, Cary Police Department to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 70 | Ford Explorer Keys |
| 71 | Bank of America bank card |
| 62 | TV |
| 63 | Sound bar |
| 68 | Currency from other countries |
| 64 | Blue backpack |
| 66 | Sony camera |

This 14th  day of May, 2018.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: